DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**PATRICIA MARTINEZ,**
Appellant,

v.

**BANK OF AMERICA, N.A.,**
Appellee.

No. 4D18-704

[September 6, 2018]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Joel T. Lazarus, Senior Judge; L.T. Case No. CACE 12-030134.

Patricia Martinez, Margate, pro se.

William L. Noriega and Timothy D. Padgett of Padgett Law Group, Tallahassee, for appellee.

PER CURIAM.

*Affirmed.*

DAMOORGIAN, CIKLIN and CONNER, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***